1  **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8

9

10  Chris Cook, et al.,                    )
                                           )
11                  Plaintiffs,            )    No. CV-04-1079-PCT-PGR
                                           )
12              vs.                        )
                                           )    ORDER
13  Avi Casino Enterprise, Inc., et al.,   )
                                           )
14                  Defendants.            )
                                           )
15

16        Pursuant to the parties' Stipulation re: Extension of Time to Respond to

17  defendants' Motion to Dismiss of Dodd and Purbaugh (doc. #48)[1],

18        IT IS ORDERED that the plaintiffs shall file their response to defendants Dodd

19  and Purbaugh's Motion to Dismiss no later than August 28, 2006 and that

20  /   /   /

21  /   /   /

22  /   /   /

23

24  _____
       [1]

25        The parties are advised that the capitalization of the parties' names in the caption of
    the stipulation violates LRCiv 7.1(a)(3) and that the inclusion of the form of order in the body of
26  the stipulation violates LRCiv 7.1(b)(3).

1    defendants Dodd and Purbaugh shall file their reply no later than September 18,

2  2006.

3          DATED this 7th day of August, 2006.

5          Paul G. Rosenblatt
           United States District Judge