**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Cook and Leidra Cook,<br><br>           Plaintiffs,<br><br>     vs.<br><br>Avi Casino Enterprise, Inc., et al.,<br><br>           Defendants. | No. CV-04-1079-PCT-PGR<br><br>ORDER |

IT IS ORDERED that the parties' Stipulated Motion for Limited Extension of Scheduling Order (doc. #55) is denied as unnecessary because the Court finds that all current scheduling deadlines should be stayed pending the Court's resolution of the pending Motion to Dismiss Defendants Dodd and Purbaugh. The Court will reset all necessary deadlines if the pending motion is denied in whole or in part.

DATED this 3rd day of October, 2006.

Paul G. Rosenblatt
United States District Judge