**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Christopher Cook and Leidra Cook,<br><br>        Plaintiffs,<br><br>vs.<br><br>Avi Casino Enterprise, Inc., et al.,<br><br>        Defendants. | No. CV-04-1079-PCT-PGR<br><br><u>AMENDED SUPPLEMENTAL SCHEDULING ORDER</u> |

There being no opposition filed,

IT IS ORDERED that Plaintiffs' Motion to Continue Discovery Deadline and Scheduling Order (doc. #77) is granted to the extent that the Supplemental Scheduling Order (doc. #68) is amended as follows:[1]

(1) All discovery shall be completed no later than **November 30, 2007**;

(2) All dispositive motions shall be filed no later than **December 31, 2007**;

(3) The Joint Pretrial Statement and all motions in limine shall be filed no

---

[1] All other terms and provisions of the Supplemental Scheduling Order shall remain in full force and effect.

- 1 -

later than **January 23, 2008**;

    (4) The Pretrial Conference set for August 20, 2007, at 3:00 p.m., is vacated and is reset to **Monday, February 25, 2008, at 3:00 p.m.**, in Courtroom 601.

    DATED this 1st day of June, 2007.

```
                    Paul G. Rosenblatt
                    United States District Judge
```