**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Cook, et ux. ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> Avi Casino Enterprises, Inc., et al., ) <br> ) <br> Defendants. ) | No. CV-04-1079-PCT-PGR <br><br> <u>ORDER</u> |

The United States Supreme Court having docketed the plaintiffs' petition for a writ of certiorari on January 27, 2009,

IT IS ORDERED that Plaintiffs' Motion to Continue Final Pretrial Conference (doc. #89) is granted to the extent that the pretrial conference set for February 9, 2009 is vacated, and is reset to **Monday, March 16, 2009, at 11:00 a.m.** in Courtroom 601.

IT IS FURTHER ORDERED that any additional motion to continue the pretrial conference must contain a copy of the plaintiffs' petition for a writ of certiorari and a copy of any response thereto.

DATED this 2nd day of February, 2009.

Paul G. Rosenblatt
United States District Judge